TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALDO GARCIA RAMON,<br><br>Petitioner<br><br>v.<br><br>TODD BLANCHE, *et al.*<br><br>Respondents | Case No. 2:26-cv-02122-CDS-BNW<br><br>**Order Approving Joint Stipulation for a Retroactive Extension of Time for Federal Respondents to File a Response to Plaintiffs' Amended Petition (ECF No. 5) FIRST REQUEST**<br><br>[ECF No. 7] |

Federal Respondents and Petitioner, by and through their undersigned counsel, hereby submit this Stipulation for a one-day retroactive extension of time, up to and including **August 20, 2026**, for Federal Respondents to file their response to Petitioner's First Amended Petition (ECF No.5). Federal Respondents' counsel conferred with Petitioner's counsel and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file their Response to Petitioner's First

Amended Petition (ECF No. 5) from August 19, 2026, to **August 20, 2026**. This request is made in good faith and not for the purpose of any undue delay.

Respectfully submitted this 20th day of August 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Sylvia Irvin*
SYLVIA IRVIN
Assistant Federal Public Defender
*Attorney for Petitioner*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorney for Federal Respondents*

**Order**

Although the parties' stipulation violates Local Rule IA 6-2, it is approved nunc pro tunc. It is ordered that the federal respondents' deadline is extended to August 20, 2026. The parties are again reminded that a stipulation must include an order in the form of a signature block.

United States District Judge
Dated: August 21, 2026